AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

DAVID JONES

**SUMMONS IN A CIVIL CASE**

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, JOHN DOE ##1-6

CASE NUMBER:

**06 CV 0991**

**JUDGE BAER**

TO: (Name and address of defendant)

The City of New York
Office of the Corporation Counsel
100 Church Street, 4th floor
New York, NY 10007

*[Stamp: 2006 FEB 8 PM 4 19 — CITY OF N.Y. LAW DEPART., OFFICE OF CORP. COUNSEL, COMMUNICATIONS SECTION]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll
Stoll & Glickman L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

FEB 0 8 2006

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 2-8-06

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at defendant's place of business 100 Church av. 4th Fl. to M. Santana

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-10-06
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.