AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DAVID JONES

**SUMMONS IN A CIVIL CASE**

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, JOHN DOE ##1-6

CASE NUMBER:

**06 CV 0991**

**JUDGE BAER**

TO: (Name and address of defendant)

Police Commissioner Raymond W. Kelly
1 Police Plaza, Room 1406
New York, NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll
Stoll & Glickman L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

FEB 0 8 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 2-8-06

NAME OF SERVER (PRINT): Ian Brawnstn

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made by hand at defendants place of business /police Pl rm 1400 to civil attorney Lou. Workste/

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-10-06
Date

Signature of Server

570 Atlantic Av
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.