

**STOLL & GLICKMAN** LLP
ATTORNEYS AT LAW

71 NEVINS STREET
BROOKLYN, NY 11217
P: (718) 852-3710
F: (718) 852-3586
WWW.STOLLGLICKMAN.COM

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/06

RECEIVED
AUG 21 2006
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Chambers, Hon. Harold Baer, Jr.                                August 19, 2006
500 Pearl Street
New York, NY 10007
By Fax: 212-805-7901

Re:  <u>David Jones v. City of New York</u> et al. 06-CV-991 (HB) (JCF)

Your Honor-

I am plaintiff's counsel in the above referenced case. This is a request to amend the caption to name an estate in bankruptcy as the plaintiff and add individual defendants in the above referenced case. Discovery of the names of individual defendants has been delayed, as activity on the case was delayed while issues of representation due to plaintiff's bankruptcy proceeding were being addressed.

Defense counsel in the case, ACC Jordan Smith, has consented to this request.

The amended caption would read:

David J. Doyaga, as Trustee of the Estate of the Debtor David Jones against The City of New York, Police Commissioner Raymond W. Kelly, Police Officer Wanda Ortiz, Officers John Doe ## 1-5".

Through discovery, we hope soon to be able to identify the remaining officers.

Sincerely Yours,

Andrew B. Stoll (AS8808)

cc:   ACC Jordan Smith
      100 Church Street
      New York, NY 10007
      By fax: (212) 788-9776

*[Handwritten annotation: Granted - PTSO remains to effect. SO ORDERED Harold Baer, Jr., U.S.D.J. 8/29/06]*