ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/07

RECEIVED
JAN 31 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

# STOLL & GLICKMAN LLP
ATTORNEYS AT LAW

71 NEVINS STREET
BROOKLYN, NY 11217
P: (718) 852-3710
F: (718) 852-3586
WWW.STOLLGLICKMAN.COM

Chambers of the Harold Baer
United States District Court, SDNY
500 Pearl Street, Chambers 2230
New York, NY 10007-1312
by fax: 212-805-7901
(20 pages follow)

January 22, 2007

Re: **David Jones v. City of New York et al.** 06-CV-0991 (HB)

**Your Honor-**

I am plaintiff's counsel in the above referenced case.

As a follow up to my previous request that the above referenced case be placed on the "suspense calendar", and your indication that you would consider the request further if I provided you with documentation, I attach my documentation concerning our efforts to have the Bankruptcy Court approve the settlement as agreed between defendants and the plaintiff, David Jones.

With defendants' consent, I provide this documentation ex parte, and respectfully request that it be kept under seal.

Sincerely Yours,

Andrew Stoll
Stoll, Glickman & Bellina L.L.P.

cc: Office of Corporation Counsel
    Attn: ACC Jordan Smith
    100 Church Street
    New York NY 10007
    By fax: 212-788-9776
    (without enclosures)

*Handwritten note:* I will put your March 12 on hold for today. Suspense for 60 days from you. If I don't hear from you by [then] I will dismiss it.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
2/5/07