ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/07

RECEIVED
1 0 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

**STOLL & GLICKMAN** LLP
ATTORNEYS AT LAW

71 NEVINS STREET
BROOKLYN, NY 11217
P: (718) 852-3710
F: (718) 852-3586
WWW.STOLLGLICKMAN.COM

Chambers of the Harold Baer
United States District Court, SDNY
500 Pearl Street, Chambers 2230
New York, NY 10007-1312
by fax: 212-805-7901

April 13, 2007

Re: David Jones v. City of New York et al. 06-CV-0991 (HB)

Your Honor-

You have put the above referenced case on the suspense calendar, pending approval of the settlement by the bankruptcy court.

This is a request to continue the case on the suspense calendar.

A hearing was held today before Judge Stong, of the Eastern District Bankruptcy Court, to consider the settlement (see attached notice of hearing). While I am not yet aware whether the settlement and fees were approved, I expect a decision is forthcoming, if it's not already been rendered.

I am going on vacation for two weeks, but my partner, Nicole Bellina, will be following up to get the decision of Judge Stong, and hopefully, to consummate the settlement with ACC Jordan Smith.

Sincerely Yours,

Andrew Stoll
Stoll, Glickman & Bellina L.L.P.

cc: Office of Corporation Counsel
Attn: ACC Jordan Smith
100 Church Street
New York NY 10007
By fax: 212-788-9776

Part of my [illegible] w/ many cases w/ [illegible] [illegible]. Please do your best to help me reach that goal and keep me posted. Put this on suspense for another 60 days but if I don't hear from you it will be dismissed at the end of that period i.e. 6/20/07

SO ORDERED:

Harold Baer

Harold Baer, Jr., U.S.D.J.

Date: 4-20-07

Endorsement:

    Part of my job is to move cases up and off my docket. Please do your best to help further that goal and keep me posted. I'll put this on suspense for another 60 days but if I don't hear from you it will be dismissed at the end of that time period, i.e., 6/20/07.